Eugene **JAMISON**, Sr., Plaintiff—
Appellant,

v.

**FEDERAL COMMUNICATIONS COMMISSION**, Defendant—
Appellee.

No. 05–2085.

United States Court of Appeals,
Fourth Circuit.

Submitted May 18, 2006.

Decided May 25, 2006.

Eugene Jamison, Sr., Appellant Pro Se.

Before WIDENER and WILKINSON, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

---

300

PER CURIAM:

Eugene Jamison, Sr., appeals the district court's order dismissing his complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Jamison v. Federal Commc'n Comm'n,* No. CA–05–2311–JFM (D.Md. Aug. 25, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*